IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSICA ATAYDE AND
JOHNNY PIPPEN,

    Plaintiffs,

v.        No. 21-cv-1131 KG-SMV

CHRISTINE WORMUTH,
Secretary of the Army

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    March 16, 2022, at 10:30 a.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **March 16, 2022, at 10:30 a.m. MDT.** Counsel and all self-represented litigants must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel and self-represented litigants read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                       **STEPHAN M. VIDMAR**
                                       **United States Magistrate Judge**