**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JESSICA ATAYDE and JOHNNY PIPPEN,

        Plaintiffs,

v.                                    Civ. No. 21-1131 KG/SMV

CHRISTINE WORMUTH, Secretary of the Army,
Department of the Army,

## ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT AND TO EXCHANGE INITIAL DISCLOSURES

        This matter comes before the Court on the parties' Joint Motion for an extension of time to submit the Joint Status Report and Provisional Discovery Plan and to exchange Initial Disclosures, filed April 27, 2022 (Doc. 25).

        The Court having considered the Joint Motion finds it is well taken and it will be GRANTED.

        IT IS HEREBY ORDERED THAT the deadline to submit the parties' Joint Status Report and Provisional Discovery Plan is extended from April 27, 2022, to **May 11, 2022,** and the deadline for the parties to exchange Initial Disclosures is extended from May 4, 2022, to **May 18, 2022.**

        IT IS SO ORDERED.

                    _____
                    THE HONORABLE STEPHAN M. VIDMAR
                    United States Magistrate Judge

Submitted by:


/s/ Erin E. Langenwalter
ERIN E. LANGENWALTER
Assistant United States Attorney

-and-

/s/ Approved via email on 4.27.22
REBECCA L. FISHER
*Counsel for Plaintiffs*

ROBERT L. BLUMENFELD
*Attorney for Plaintiffs (Local Counsel)*