IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSICA ATAYDE and
JOHNNY PIPPEN,

    Plaintiffs,

v.                                                                                                  Civ. No. 21-1131 KG/SMV

CHRISTINE WORMUTH, Secretary,
Department of the Army,

    Defendant.

## ORDER GRANTING EXTENSION OF TIME AND
## HOLDING IN ABEYANCE PLAINTIFFS' MOTION TO WITHDRAW

Plaintiffs filed an Unopposed Motion to Withdraw as Plaintiffs' Counsel and Motion for Extension of Time. (Doc. 33). Plaintiffs' counsel represents certain health conditions make it impracticable for her to continue as counsel and indicates that Plaintiffs agree to her withdrawal. In addition, Plaintiffs seek a 90-day extension to allow Plaintiffs to find suitable counsel. Defendant does not oppose the requested relief.

The Court hereby GRANTS IN PART the motion to the extent it seeks an extension of time. All existing deadlines are hereby extended for 90 days.

Plaintiffs have 90 days to seek and retain new counsel. During this time, however, the Court will hold in abeyance the Motion to Withdraw.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE