IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA ATAYDE and JOHNNY PIPPEN,

    Plaintiffs,

v.                                            Civ. No. 21-1131 KG/DLM

CHRISTINE WORMUTH,
*Secretary of the U.S. Army,*

    Defendant.

## SUMMARY ORDER

This matter comes before the Court on Defendant's Objections to Magistrate Judge's Proposed Findings and Recommended Disposition. (Doc. 86). On April 25, 2024, the Court held a hearing on the above motion. Having considered the motion, the accompanying briefing, counsels' arguments, and for the reasons stated on the record, the Court clarifies and concludes the following:

1. Defendant's Objections to Magistrate Judge's Proposed Findings and Recommended Disposition are OVERRULED.

2. This matter is STAYED for six months beginning April 25, 2024, through October 25, 2024.

3. Dispositive motions are not to be filed during the six-month stay.

4. The deadline to file dispositive motions is November 25, 2024.

5. The deadline to move to amend/supplement Plaintiffs' Complaint is November 25, 2024.

IT IS SO ORDERED.

                                                              UNITED STATES DISTRICT JUDGE