IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA ATAYDE and
JOHNNY PIPPEN,

   Plaintiffs,

v.             No. 2:21-cv-01131-KG-DLM

CHRISTINE WORMUTH, Secretary of
the Army, Department of the Army,

   Defendant.

### ORDER GRANTING DEFENDANT'S MOTION FOR PAGE EXTENSION FOR DISPOSITIVE MOTIONS AND EXHIBITS

This matter comes before the Court on Defendant's Emergency Motion for Page Extension for Dispositive Motions and Exhibits With a Request for Expedited Briefing (Doc. 96). The Court is fully advised in the premises and, after consideration of the Motion, finds that it is well-taken and should be granted.

IT IS THEREFORED ORDERED that Defendant shall have the following page extensions for its two dispositive motions:

1. The length of each brief in support of Defendant's Motions for Summary Judgment shall be extended an additional 12 pages for a total of 39 pages;

2. The exhibit page limit is extended by 275 pages for a total exhibit page limit of 325 pages for both of Defendant's Motions for Summary Judgment; and

3. The relevant material information in the exhibits shall be designated, highlighted or otherwise indicated to assist the Court as well as opposing counsel.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE