IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA ATAYDE and JOHNNY PIPPEN,

    Plaintiffs,

v.                                                                  Civ. No. 21-1131 KG-DLM

CHRISTINE WORMUTH, Secretary of the
Army, Department of the Army,

    Defendant.

## ORDER GRANTING PLAINTIFF JOHNNY PIPPEN'S MOTION TO CORRECT HIS DECLARATION

    This matter comes before the Court on Plaintiff Johnny Pippen's motion to correct his declaration by substituting a signed copy, Doc. 112-1.  Having considered the motion, and the lack of any substantive change to the declaration, the Court finds the motion to be well-taken and it is hereby GRANTED.  The Court will treat the declaration as signed and consider it for all purposes.

_____
CHIEF UNITED STATES DISTRICT JUDGE