IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA ATAYDE and JOHNNY PIPPEN,

    Plaintiffs,

v.                                                                                            Civ. No. 21-1131 KG-DLM

CHRISTINE WORMUTH, Secretary of the
Army, Department of the Army,

    Defendant.

**<u>ORDER GRANTING PLAINTIFF JOHNNY PIPPEN'S UNOPPOSED
MOTION TO EXCEED PAGE LIMITATION FOR SUMMARY
JUDGMENT RESPONSE</u>**

This matter comes before the Court on Plaintiff Johnny Pippen's unopposed motion to exceed the 37-page limit for his response to the Army's motion for summary judgment. Having considered the motion, the fact that it is unopposed, and good cause shown, the Court finds the motion to be well-taken and it is hereby GRANTED. The Court will consider Plaintiff Pippen's summary judgment response in its 42-page entirety.

_____
CHIEF UNITED STATES DISTRICT JUDGE