**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JESSICA ATAYDE and JOHNNY PIPPEN,

      Plaintiffs,

      v.                                 No. 2:21-cv-1131 KG-DLM

DANIEL DRISCOLL, Secretary,
Department of the Army,

      Defendant.

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR PAGE
EXTENSIONS FOR BRIEFING ON MOTIONS FOR SUMMARY JUDGMENT**

This matter comes before the Court on the Parties' Joint Motion for Page Extensions For Briefing On Motions For Summary Judgment. (Doc. 164). The Court is fully advised in the premises and, after consideration of the Motion, finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED that the page limit on Defendants' motions for summary judgment and Plaintiffs' responses to the same motions shall be extended to 53 pages each.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.