**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JESSICA ATAYDE and
JOHNNY PIPPEN,

Plaintiffs,

v. Civ. No. 21-1131 KG/DLM

DANIEL DRISCOLL, Secretary,
Department of the Army,

**ORDER GRANTING BRIEFING SCHEDULE ON PENDING MOTIONS**

The Court heard the parties joint agreed request to adopt a briefing schedule for the following three pending motions:

- Defendant's Motion for Summary Judgment on Plaintiff Jessica Atayde's Claims for Retaliation and Retaliatory Hostile Work Environment (ECF 166, filed July 30, 2026),
- Defendant's Motion for Summary Judgment on Plaintiff Johnny Pippen's Claim and Memorandum in Support (ECF 167, filed July 30, 2026),
- Defendant's Motion for Separate Trials (ECF 168, filed July 30, 2026)

The Court finds the parties joint request to be well taken. The Court therefore adopts the following briefing schedule for the three above-referenced pending motions: Plaintiffs' responses to the three motions shall be due by August 24, 2026, and the Defendant's replies to Plaintiffs' responses to the three motions shall be due by September 14, 2026.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.