IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSICA ATAYDE *and*
JOHNNY PIPPEN,

*Plaintiffs*,

*v.*

DANIEL DRISCOLL,
*Secretary of the U.S. Army*,

*Defendant*.

No. 2:21-cv-01131 KG/DLM

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME, Doc. 172**

This matter comes before the court on the Parties' Joint Motion for Extension of Time to File Responses and Replies to Motions for Summary Judgment (Doc.172) filed August 14, 2024. Having considered the briefing and applicable law, the court finds good cause to grant the motion.

IT IS THEREFORE ORDERED Plaintiffs' responses to the pending motions for summary judgment (Docs. 166 and 167) are due on or before September 4, 2026 and Defendant's replies are due on or before October 9, 2026.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.